**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JONATHAN NOBLE, GSS INTERNATIONAL MNG, LLC**

          **Plaintiffs,**

-vs-                                         Case No. 6:10-cv-1331-Orl-28DAB

**BRENT BALDASARE, PAUL FLESH, WHITNEY HARP, J.W. STEPHENS, LEON SACCO, ANDREW SHUMWAY**

          **Defendants.**

_____

**ORDER DIRECTING COMPLIANCE**

This case is before the Court upon periodic review. Plaintiffs have failed to comply with the Court's Orders (Doc. Nos. 2 and 3) directing Plaintiffs to comply with Local Rule 1.04(d) and to file a certificate of interested persons and corporate disclosure statement. Accordingly, it is

**ORDERED** that the Plaintiffs shall file a response to said Orders **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

**DONE and ORDERED** at Orlando, Florida this October 25, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Any Unrepresented Party