UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN NOBLE, GSS INTER–
NATIONAL MNG, LLC,
Plaintiffs,

v.

Case No. 6:10-cv-1331-Orl-28-DAB

BRENT BALDASARE, PAUL FLESH,
WHITNEY HARP, J.W. STEPHENS,
LEON SACCO, ANDREW SHUMWAY,
Defendants.

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_ **XX** \_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: Bankruptcy cases filed by Paul W. Flesh, U.S.Bkcy.C. Middle District of Florida, 6:10-bk-02023-ABB (discharged May 27, 2010) and Andrew Shumway (U.S.Bkcy.C. Middle District of Florida, 6:10−bk−05601−ABB (discharged August 04, 2010).

\_\_\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                LAW OFFICES OF BRADFORD A.
                PATRICK PA

                /s/  BRADFORD A. PATRICK
                _____
                Bradford A. Patrick, Esq.
                Florida Bar No.: 529850
                3001 North Rocky Point Drive East
                Suite 200
                Tampa, FL 33607
                Telephone: (813) 384-8548
                Fax:  (813) 333-7321
                E-mail: bap@baplegal.com