**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JONATHAN NOBLE, GSS INTER–**
**NATIONAL MNG, LLC,**
**Plaintiffs,**

**v.**

**Case No. 6:10-cv-1331-Orl-28-DAB**

**BRENT BALDASARE, PAUL FLESH,**
**WHITNEY HARP, J.W. STEPHENS,**
**LEON SACCO, ANDREW SHUMWAY,**
**Defendants.**

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW the undersigned Bradford A. Patrick, as counsel for Plaintiffs and

responds to the Order to Show Cause issued by the Court [DE 14] as follows:

The Court issued two separate orders, [DE 2, 3] and [DE 10] relating to the pendency

of related cases.  When the case was filed initially, and the court issued its standard orders, the

date for response was September 27, 2010.  The undersigned offers, by way of explanation, but

not excuse, that during the five days prior to September 27, 2010, the undersigned's laptop

computer was in a state of failure, resulting in a loss of access to mission critical client data,

including as is relevant here, calendaring data.  After technical support personnel could not

assure the undersigned that the laptop in its failed state could be resurrected, the undersigned

was compelled to acquire a new working laptop.  In doing so, the undersigned changed

computing platforms, which brought on a different set of issues, to wit, (a) the need to acquire

mission-critical data from the undersigned's offsite backup service, and restore it, and (b) to

integrate existing systems and data with new applications in the new laptop environment.  The

former took much longer than expected, and resulted in a prolonged separation from the

relevant client files, and the latter resulted in an apparent loss of calendaring data, which

included the dates for response here.  It would later become apparent that the calendaring data were not lost, but rather "hidden", and were eventually recovered.

In plain English, the week before the September 27 deadline, my Windows laptop died.  I was told recovery was unlikely.  I had to restore from an offsite backup.  I was fed up and bought a Mac.  The software transition issues were murder, including losing my client calendar dates, or so I thought.  Getting the backup data took forever.  When I finally got everything working again, I had blown the September 27 deadline, but did not know it until later.

As to the second order [DE 10], the undersigned prepared and filed the Certificate of Interested Persons [DE 12] and prepared, but did not file, the related case notice, pending confirmation of the bankruptcy discharges of Mr. Shumway and Mr. Flesh, initially drafting the related case notice as not having any related cases.  Unfortunately, the undersigned did not correct the prepared related case notice and file it timely.

The undersigned would point out that no additional pending matters exist in relation to this case, and the only two which are disclosed are bankruptcy discharges from earlier this year which will result in the removal of two defendants from the action in an amended pleading hereafter.  The Notice is filed contemporaneously herewith.


Respectfully submitted,

Bradford A. Patrick

LAW OFFICES OF BRADFORD A.
PATRICK PA


/s/  BRADFORD A. PATRICK
_____
Bradford A. Patrick, Esq.
Florida Bar No.: 529850
3001 North Rocky Point Drive East
Suite 200
Tampa, FL 33607
Telephone: (813) 384-8548
Fax:  (813) 333-7321
E-mail: bap@baplegal.com

## CERTIFICATE OF SERVICE

I certify that on December 16, 2010, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system for the Service List below.

LAW OFFICES OF BRADFORD A. PATRICK PA

/s/  BRADFORD A. PATRICK
_____

Bradford A. Patrick, Esq.
Florida Bar No.: 529850
3001 North Rocky Point Drive East
Suite 200
Tampa, FL 33607
Telephone: (813) 384-8548
Fax:  (813) 333-7321
E-mail: bap@baplegal.com


**SERVICE LIST**

T. SCOTT FRAZIER, ESQUIRE
Florida Bar No.: 311601
Terry and Frazier, P.A.
125 East Jefferson Street
Orlando, Florida 32801
Tele: (407) 843-1956
Fax: (407) 843-4210
Email: terryandfrazier@bellsouth.net
Attorney for Defendants Baldasare and Harp

Jennifer A. Englert
Florida Bar No. 180297
ENGLERT, LEITE & MARTIN, PL
3564 Avalon Park Blvd E. Ste. 1 # 266
Orlando, Florida 32828
Tel. (407) 5124394
Fax (407) 982-7250
E-mail: jenglert@elmattorneys.com
Attorney for Defendant Leon Sacco