UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN NOBLE, an individual, and GSS INTERNATIONAL MNG LLC, a California Limited Liability Company,

           Plaintiffs,

v.

BRENT BALDASARE, PAUL FLESH, WHITNEY HARP, ANDREW SHUMWAY, J.W. STEPHENS, and LEON SACCO, individually,

           Defendants.

Case #:  6:10-cv-01331-JA-DAB

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Plaintiffs:**  Jonathan Noble and GSS International MNG, LLC and its officers and/or directors.

**Plaintiffs' counsel:** Bradford A. Patrick, Law Offices of Bradford A. Patrick, P.A.

**Defendants:**  Brent Baldasare, Paul Flesh, Whitney Harp, Andrew Shumway, J.W. Stephens and Leon Sacco.

**Defendants' counsel:**  Jennifer Englert, for Defendant Leon Sacco, Englert, Leite & Martin, PL; T. Scott Frazier, for Defenants Brent Baldasare and Whitney Harp, Terry & Frazier, P.A.

**All other persons, attorneys, association of persons, firm, law firm, partnerships and corporations listed by any other party to the lawsuit.**

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **NONE**

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Resort & Spa Investments, LLC as indicated by co-defendant's Certificate of Interested persons.**

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiffs allege they are the victims of contractual breach.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I certify that on 12/17/10, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that there were no non CM/ECF participants known to me.

                                                                S/Jennifer A. Englert
                                                                 Jennifer A. Englert
                                                                 Florida Bar No. 180297
                                                                 Attorney for Defendant Leon Sacco
                                                                ENGLERT, LEITE & MARTIN, PL
                                                                3564 Avalon Park Blvd E. Ste. 1 # 266
                                                                Orlando, Florida 32828
                                                                Tel. (407) 512 4394
                                                                Fax (407) 982-7250

E-mail: jenglert@elmattorneys.com