**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JONATHAN NOBLE, an individual, and GSS INTERNATIONAL MNG LLC, a California Limited Liability Company,**

Case #:  6:10-cv-01331-JA-DAB

**Plaintiffs,**

v.

**BRENT BALDASARE, PAUL FLESH, WHITNEY HARP, ANDREW SHUMWAY, J.W. STEPHENS, and LEON SACCO, individually,**

**Defendants.**
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04 (c), I certify that the instant action:

__X__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Bankruptcy cases filed by Paul W. Flesh, U.S.Bkcy.C. Middle District of Florida, 6:10-bk-02023-ABB (discharged May 27, 2010) and Andrew Shumway (U.S.Bkcy.C. Middle District of Florida, 6:10−bk−05601−ABB (discharged August 04, 2010).

_____   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

**CERTIFICATE OF SERVICE**

I certify that on 12/17/10, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that there were no non CM/ECF participants known to me.

S/Jennifer A. Englert
Jennifer A. Englert
Florida Bar No. 180297
Attorney for Defendant Leon Sacco
ENGLERT, LEITE & MARTIN, PL
3564 Avalon Park Blvd E. Ste. 1 # 266
Orlando, Florida 32828
Tel. (407) 512 4394
Fax (407) 982-7250
E-mail:  jenglert@elmattorneys.com