# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 6:10-CV-1331-ORL-28DAB

Plaintiff:
JONATHAN NOBLE, an individual, and GSS INTERNATIONAL MNG LLC, a California LLC,

vs.

Defendant:
BRENT BALDASARE, PAUL FLESH, WHITNEY HARP, ANDREW SHUMWAY, J.W. STEPHENS, et al.


LAB2010120534



For:
Bradford A. Patrick
LAW OFFICES OF BRADFORD A. PATRICK, P.A.
3001 N. Rocky Point Drive East
Suite 200
Tampa, FL 33607

Received by Professional Investigative Group on the 8th day of October, 2010 at 11:27 am to be served on **ANDREW SHUMWAY, 14155 POPCORN TREE COURT, ORLANDO, FL 32828.**

I, Ann F. Harper, being duly sworn, depose and say that on the **30th day of November, 2010 at 3:10 pm**, I:

**INDIVIDUALLY SERVED** the within named person by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT; Exhibits** at the address of **3550 N. Goldenrod Rd., Winter Park, FL 32792** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein pursuant to F.S 48.031(1).

**Additional Information pertaining to this Service:**
14155 POPCORN TREE COURT, ORLANDO, FL 32828, vacant, property condemned.
815 Woodbury Rd., #$102, Orlando, Florida 32828. Suite occupied by Dr. Maria Gayoso.
Residence 3440 N. Goldenrod Rd., #427, Winter Park, Fl 32792. Over 25 attempts made with no contact, no lights.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 30th day of November, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA

NOTARY PUBLIC - STATE OF FLORIDA
Pamela A. Kelley
Commission # DD617348
Expires: DEC. 06, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

Ann F. Harper
Orange County SPS #4490

Professional Investigative Group
6151 Lake Osprey Drive
3rd Floor
Sarasota, FL 34240
(877) 733-2296
Our Job Serial Number: LAB-2010120534
Ref: 2057

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g

## CERTIFICATE OF SERVICE

I, __DANIEL R. WARD__, certify that I am, and at all times during the
    (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __11-27-10__ by:
    (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__11-27-10__                                    __Daniel R. Ward__
    Date                                              Signature

| Print Name | DANIEL R. WARD |
|---|---|
| Business Address | P.O.B 3828 |
| City ORLANDO | State FL  Zip 32802 |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| JONATHAN NOBLE, an individual, and GSS INTERNATIONAL MNG LLC, a California LLC<br>*Plaintiff*<br>v.<br>BRENT BALDASARE, PAUL FLESH, WHITNEY HARP, ANDREW SHUMWAY, J.W. STEPHENS, etal<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. |

Served: 11-30-10    15:10
         Date/Time

ANN F. HARPER
*(signature)*
ANN F. HARPER
P.O. Box 3828
Orlando, FL 32803-3828
(407) 872-1883
Orange SPS # 9490 — Osceola SPS # _____
18th Judicial CPS # _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHUMWAY, ANDREW
14155 POPCORN TREE COURT
ORLANDO FL 32828

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH

CLERK OF COURT

Date: SEP - 7 2010

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: