**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JONATHAN NOBLE, GSS**
**INTERNATIONAL MNG, LLC,**

        **Plaintiffs,**

-vs-                                             Case No.  6:10-cv-1331-Orl-28DAB

**BRENT BALDASARE, PAUL FLESH,**
**WHITNEY HARP, J.W. STEPHENS,**
**LEON SACCO, ANDREW SHUMWAY,**

        **Defendants.**

_____

## ORDER AND ORDER TO SHOW CAUSE

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR FILING CASE MANAGEMENT REPORT AND FOR MISCELLANEOUS RELIEF [FOR STEPHENS' FAILURE TO COOPERATE] (Doc. 25)
>
> **FILED:** May 24, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

According to counsel for Plaintiffs and some of the Defendants, Defendant J.W. Stephens, who is proceeding *pro se*, has been uncooperative in participating in preparation of the Case Management Report.  Doc. 25.

Defendant J.W. Stephens is **ORDERED** to show cause in writing within 14 days from the date of this Order why he should not be sanctioned for his refusal to cooperate in preparation of the Case Management Report.  Defendant Stephens is personally responsible for the presentation of the case,

including meeting all deadlines.  Defendant Stephens is admonished that failure to respond to this Order to Show Cause or failure to attend the Preliminary Pretrial Conference (set by separate notice) may result in sanctions, including having a default judgment entered against him.

Plaintiffs are directed to serve the instant order on Defendant Stephens and file a notice that they have done so.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties