UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
__ORLANDO__ DIVISION

Jonathan Noble, et al.,   Plaintiff(s),

-v-   Case No. 6:10-cv-01331-JA-DAB

Brent Baldasare, et al.,

Defendant(s)

### MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on __December 10__, 20 __12__, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

- [✔] All individual parties and their respective trial counsel.
- [✔] Designated corporate representatives.
- [✔] Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:
Pro se Defendant J. W. Stephens did not attend.

(c) The outcome of the mediation conference was:

☐ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

☑ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:
The case settled at mediation as to Defendants Brent Baldasare and Whitney Harp. An impasse was declared as to Defendant Leon Sacco.

☐ <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

☐ <u>The parties have reached an impasse</u>.

**Done this** 11th **day of** December, 20 12, in Hillsborough County, Tampa, Florida.

_____
Signature of Mediator

Lara J. Tibbals
Name of Mediator

101 E. Kennedy Blvd., Ste. 3700

PO Box 2231
Mailing Address

Tampa                                  FL
City                                        State

  33601                      813 - 222 - 8501
Zip                                Telephone Number