UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN NOBLE, an individual,
GSS INTERNATIONAL MNG, LLC,
A California Limited Liability Company,
ARLENE NOBLE, an individual, SAMUEL
T. LI, an individual, LILLIAN HAN, an
Individual, SHMUEL GOSHEN, an individual,
And SHULAMIT GOSHEN, an individual,
    Plaintiffs,

v.                                                      Case No.: 6:10-cv-1331-Orl-28DAB

BRENT BALDASARE, individually,
WHITNEY HARD, individually, J.W.
STEPHENS, individually, and LEON
SACCO, individually,
    Defendants.
_____/

## **PARTIAL SATISFACTION OF JUDGMENT**

    Plaintiff's, JONATHAN NOBLE, ARLENE NOBLE, SHMUEL GOSHEN, AND SHULAMIT GOSHEN, **ONLY** hereby files this Partial Satisfaction of Judgment as to the Defendant, LEON SACCO.

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via ECF to Marcadis Singer, P.A. and Sadaka Law Group, PLC this 16th day of APRIL, 2015.

_____
Jeffrey J. Needle, Esquire
The Needle Law Group
5300 N.W. 33rd Avenue, Suite 206
Fort Lauderdale, Florida 33309
Florida Bar No.: 0088242
Phone: (954) 485-9900 ext. 119
Fax: (954) 485-8527
courtfiling@needlelaw.com

588112/ls