UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN NOBLE, an individual
GSS INTERNATIONAL MNG, LLC,
a California Limited Liability Company,
ARLENE NOBLE, an individual,
SAMUEL T. LI, an individual, LILLIAN
HAN, an individual, SHMUEL GOSHEN,
an individual, and SHULAMIT GOSHEN,
an individual.
      Plaintiffs,

Case No.: 6:10-CV-1331-Orl-28DA

vs.

BRENT BALDASARE, individually,
WHITNEY HARD, individually, J.W.
STEPHENS, individually, and LEON SACCO,
individually,
      Defendans.
_____/

## PARTIAL SATISFACTION OF JUDGMENT

PlaintiffS SAMUEL T. LI and LILLIAN HAN only, hereby files this Partial Satisfaction of Judgment as to Defendant, LEON SACCO.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mail to all attorney of record via ECF on this 20th day of October, 2015.

Amy J. Winarsky, Esq.
Florida Bar No. 900140
Marcadis Singer PA
5104 South Westshore Blvd.
Tampa, FL 33611
813/288-1881, toll free 888/547-1881
Fax: 813/288-9678
Email: Awinarsky@marcadislaw.com
ATTORNEY FOR PLAINTIFF LI AND HAN

/77933/AJW

This is a communication from a debt collector. We are attempting to collect a debt. Any information you provide may be used for that purpose.